FILED
FEB 26 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TITUS HENRY, | Case No. CV 07-5152-JVS (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF TORRANCE, et al., | |
| Defendants. | |

IT IS ADJUDGED that this action be dismissed with prejudice.

Dated: February 25, 2009

/s/ James V. Selna
James V. Selna
United States District Judge